PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 19 PM 1:42

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Sharon Stoner

Docket # 4:00CR3074

On April 19, 2002, Sharon Stoner was sentenced to 36 months custody, to be followed by 4 years supervised release. The period of supervised release commenced July 30, 2003. Sharon Stoner has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Sharon Stoner be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __18__ day of __August__, 2005.

The Honorable Richard G. Kopf
United States District Judge